B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
## Northern District of Ohio

**Voluntary Petition**
**AMENDED**

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| River Edge Auto Service, Inc | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| DBA Wicliffe Sunoco | |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
|---|---|
| 34-1717445 | |

| Street Address of Debtor (No. and Street, City, and State): | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| c/o Glenn E. Forbes<br>166 Main St<br>Painesville, OH  ZIP Code 44077 | ZIP Code |

| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
|---|---|
| Lake | |

| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| ZIP Code | ZIP Code |

| Location of Principal Assets of Business Debtor (if different from street address above): | 30220 Euclid Ave<br>Wickliffe, OH 44092 |
|---|---|

## Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

## Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

## Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

## Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

## Chapter 11 Debtors

Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

## Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | River Edge Auto Service, Inc |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | River Edge Auto Service, Inc |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| **X** _____  Signature of Debtor  **X** _____  Signature of Joint Debtor  _____  Telephone Number (If not represented by attorney)  _____  Date | **X** _____  Signature of Foreign Representative  _____  Printed Name of Foreign Representative  _____  Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| **X** /s/ Glenn E. Forbes  Signature of Attorney for Debtor(s)  Glenn E. Forbes 0005513  Printed Name of Attorney for Debtor(s)  COOPER & FORBES  Firm Name  166 Main Street  Painesville, OH 44077  Address  440-942-9027  Telephone Number  _____  Date  *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.  _____  Printed Name and title, if any, of Bankruptcy Petition Preparer  _____  Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)  _____  Address  **X** _____  _____  Date  Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.  Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.  **X** /s/ Marty Robbins  Signature of Authorized Individual  Marty Robbins  Printed Name of Authorized Individual  President  Title of Authorized Individual  _____  Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.  *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

| Form **1120S** | **U.S. Income Tax Return for an S Corporation** | OMB No. 1545-0130 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.<br>▶ See separate instructions. | **2008** |

For calendar year 2008 or tax year beginning , 2008, ending , 20

| A S election effective date<br>07-28-1992 | Use<br>IRS<br>label. | Name<br>RIVER EDGE AUTO SERVICE INC. | D Employer identification number<br>34-1717445 |
|---|---|---|---|
| B Business activity code number (see instructions)<br>447100 | Other-<br>wise,<br>print or<br>type. | Number, street, and room or suite no. If a P.O. box, see instructions.<br>30220 EUCLID AVENUE | E Date incorporated<br>07-28-1992 |
| C Check if Sch. M-3 attached ☐ | | City or town, state, and ZIP code<br>WICKLIFFE    OH   44092 | F Total assets (see instructions)<br>$ 615,935 |

G Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No If "Yes," attach Form 2553 if not already filed
H Check if: (1) ☐ Final return  (2) ☐ Name change  (3) ☐ Address change
              (4) ☐ Amended return  (5) ☐ S election termination or revocation
I Enter the number of shareholders who were shareholders during any part of the tax year ▶ 1

Caution. Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### Income

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales  1,781,606   b Less returns and allowances            c Bal ▶ | 1c | 1,781,606 |
| 2 | Cost of goods sold (Schedule A, line 8) | 2 | 1,610,286 |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 171,320 |
| 4 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 4 | |
| 5 | Other income (loss) (see instructions - attach statement) | 5 | |
| 6 | **Total income (loss).** Add lines 3 through 5 ▶ | 6 | 171,320 |

### Deductions (see instructions for limitations)

| | | | |
|---|---|---|---|
| 7 | Compensation of officers | 7 | 9,500 |
| 8 | Salaries and wages (less employment credits) | 8 | 15,949 |
| 9 | Repairs and maintenance | 9 | 14,188 |
| 10 | Bad debts | 10 | |
| 11 | Rents | 11 | 11,406 |
| 12 | Taxes and licenses                                              ATT_STL | 12 | 10,194 |
| 13 | Interest | 13 | 39,937 |
| 14 | Depreciation not claimed on Schedule A or elsewhere on return (attach Form 4562) | 14 | 17,352 |
| 15 | Depletion (**Do not deduct oil and gas depletion.**) | 15 | |
| 16 | Advertising | 16 | 405 |
| 17 | Pension, profit-sharing, etc., plans | 17 | |
| 18 | Employee benefit programs | 18 | 4,917 |
| 19 | Other deductions (attach statement)                    Statement #2 | 19 | 46,276 |
| 20 | **Total deductions.** Add lines 7 through 19 ▶ | 20 | 170,124 |
| 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 | 21 | 1,196 |

### Tax and Payments

| | | | | |
|---|---|---|---|---|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | 22a | | |
| b | Tax from Schedule D (Form 1120S) | 22b | | |
| c | Add lines 22a and 22b (see instructions for additional taxes) | | 22c | |
| 23a | 2008 estimated tax payments and 2007 overpayment credited to 2008 | 23a | | |
| b | Tax deposited with Form 7004 | 23b | | |
| c | Credit for federal tax paid on fuels (attach Form 4136) | 23c | | |
| d | Add lines 23a through 23c | | 23d | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | | 24 | |
| 25 | **Amount owed.** If line 23d is smaller than the total of lines 22c and 24, enter amount owed | | 25 | |
| 26 | **Overpayment.** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | | 26 | |
| 27 | Enter amount from line 26 **Credited to 2009 estimated tax** ▶                Refunded ▶ | | 27 | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer      Date      Title

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

**Paid Preparer's Use Only**

| Preparer's signature | | Date | | Check if self-employed ☐ | Preparer's SSN or PTIN | |
|---|---|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | ▶ Mobile Tax Solutions Inc<br>4825 Turney Road<br>Garfield Heights OH 44125 | | | EIN<br>Phone no. | 43-2084250<br>(216)441-4545 | |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.       EEA       Form **1120S** (2008)

### Schedule A — Cost of Goods Sold (see instructions)

| # | Description | Amount |
|---|---|---:|
| 1 | Inventory at beginning of year | 90,869 |
| 2 | Purchases | 1,574,788 |
| 3 | Cost of labor | |
| 4 | Additional section 263A costs (attach statement) | |
| 5 | Other costs (attach statement) | |
| 6 | **Total.** Add lines 1 through 5 | 1,665,657 |
| 7 | Inventory at end of year | 55,371 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 1,610,286 |

9 a Check all methods used for valuing closing inventory:  (i) [X] Cost as described in Regulations section 1.471-3
   (ii) [ ] Lower of cost or market as described in Regulations section 1.471-4
   (iii) [ ] Other (Specify method used and attach explanation.) ▶
 b Check if there was a writedown of subnormal goods as described in Regulations section 1.471-2(c) ▶ [ ]
 c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ [ ]
 d If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO . . . 9d
 e If property is produced or acquired for resale, do the rules of section 263A apply to the corporation?  [ ] Yes  [X] No
 f Was there any change in determining quantities, cost, or valuations between opening and closing inventory?  [ ] Yes  [ ] No
   If "Yes," attach explanation.

### Schedule B — Other Information (see instructions)

| # | | Yes | No |
|---|---|:-:|:-:|
| 1 | Check accounting method:  a [ ] Cash  b [X] Accrual  c [ ] Other (specify) ▶ | | |
| 2 | See the instructions and enter the: a Business activity ▶ SERVICE STATION   b Product or service ▶ GASOLINE | | |
| 3 | At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) If "Yes," attach a statement showing: (a) name and employer identification number (EIN), (b) percentage owned, and (c) if 100% owned, was a QSub election made? | | X |
| 4 | Has this corporation filed, or is it required to file, a return under section 6111 to provide information on any reportable transaction? | | |
| 5 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ▶ [ ]  If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 6 | If the corporation: (a) was a C corporation before it elected to be an S corporation or the corporation acquired an asset with a basis determined by reference to its basis (or the basis of any other property) in the hands of a C corporation and (b) has net unrealized built-in gain (defined in section 1374(d)(1)) in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years ▶ $ | | |
| 7 | Enter the accumulated earnings and profits of the corporation at the end of the tax year. $ | | |
| 8 | Are the corporation's total receipts (see instructions) for the tax year **and** its total assets at the end of the tax year less than $250,000? If "Yes," the corporation is not required to complete Schedules L and M-1 | | X |

### Schedule K — Shareholders' Pro Rata Share Items

Income (Loss)

| # | Description | | | Total amount |
|---|---|---|---|---:|
| 1 | Ordinary business income (loss) (page 1, line 21) | | 1 | 1,196 |
| 2 | Net rental real estate income (loss) (attach Form 8825) | | 2 | |
| 3a | Other gross rental income (loss) | 3a | | |
| b | Expenses from other rental activities (attach statement) | 3b | | |
| c | Other net rental income (loss). Subtract line 3b from line 3a | | 3c | |
| 4 | Interest income | | 4 | |
| 5 | Dividends: a Ordinary dividends | | 5a | |
| | b Qualified dividends | 5b | | |
| 6 | Royalties | | 6 | |
| 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | | 7 | |
| 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | | 8a | |
| b | Collectibles (28%) gain (loss) | 8b | | |
| c | Unrecaptured section 1250 gain (attach statement) | 8c | | |
| 9 | Net section 1231 gain (loss) (attach Form 4797) | | 9 | |
| 10 | Other income (loss) (see instructions) . . . Type ▶ | | 10 | |

| | | Shareholders' Pro Rata Share Items (continued) | | Total amount |
|---|---|---|---|---|
| **Deductions** | 11 | Section 179 deduction (attach Form 4562) | 11 | 1,148 |
| | 12a | Contributions | 12a | |
| | b | Investment interest expense | 12b | |
| | c | Section 59(e)(2) expenditures  (1) Type ▶ _____  (2) Amount ▶ | 12c(2) | |
| | d | Other deductions (see instructions) . . . . Type ▶ | 12d | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) | 13a | |
| | b | Low-income housing credit (other) | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) | 13c | |
| | d | Other rental real estate credits (see instructions) . . Type ▶ | 13d | |
| | e | Other rental credits (see instructions) . . . . . . . Type ▶ | 13e | |
| | f | Alcohol and cellulosic biofuel fuels credit (attach Form 6478) | 13f | |
| | g | Other credits (see instructions) . . . . . . . . . . Type ▶ | 13g | |
| **Foreign Trans- actions** | 14a | Name of country or U.S. possession ▶ _____ | | |
| | b | Gross income from all sources | 14b | |
| | c | Gross income sourced at shareholder level | 14c | |
| | | Foreign gross income sourced at corporate level | | |
| | d | Passive category | 14d | |
| | e | General category | 14e | |
| | f | Other (attach statement) | 14f | |
| | | Deductions allocated and apportioned at shareholder level | | |
| | g | Interest expense | 14g | |
| | h | Other | 14h | |
| | | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | i | Passive category | 14i | |
| | j | General category | 14j | |
| | k | Other (attach statement) | 14k | |
| | | Other information | | |
| | l | Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 14l | |
| | m | Reduction in taxes available for credit (attach statement) | 14m | |
| | n | Other foreign tax information (attach statement) | | |
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment | 15a | (1,989) |
| | b | Adjusted gain or loss | 15b | |
| | c | Depletion (other than oil and gas) | 15c | |
| | d | Oil, gas, and geothermal properties - gross income | 15d | |
| | e | Oil, gas, and geothermal properties - deductions | 15e | |
| | f | Other AMT items (attach statement) | 15f | |
| **Items Affecting Shareholder Basis** | 16a | Tax-exempt interest income | 16a | |
| | b | Other tax-exempt income | 16b | |
| | c | Nondeductible expenses | 16c | |
| | d | Property distributions | 16d | |
| | e | Repayment of loans from shareholders | 16e | |
| **Other Information** | 17a | Investment income | 17a | |
| | b | Investment expenses | 17b | |
| | c | Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d | Other items and amounts (attach statement) | | |
| **Recon- ciliation** | 18 | **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l  . . . | 18 | 48 |

EEA

Form **1120S** (2008)

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash | | 69,704 | | 60,742 |
| 2a | Trade notes and accounts receivable | 4,033 | | 5,853 | |
| b | Less allowance for bad debts | ( ) | 4,033 | ( ) | 5,853 |
| 3 | Inventories | | 90,869 | | 55,371 |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 486,162 | | 487,310 | |
| b | Less accumulated depreciation | ( 97,841 ) | 388,321 | ( 116,341 ) | 370,969 |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | 113,000 | | 113,000 |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | Other assets (attach statement) | | 19,520 | | 10,000 |
| 15 | Total assets | | 685,447 | | 615,935 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | 108,392 | | 103,651 |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) | | | | |
| 19 | Loans from shareholders | | 359,715 | | 302,723 |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 313,092 | | 305,265 |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | 500 | | 500 |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | (96,252) | | (96,204) |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 685,447 | | 615,935 |

**Schedule M-1   Reconciliation of Income (Loss) per Books With Income (Loss) per Return**

Note: Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more-see instructions

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | 48 | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | a | Tax-exempt interest  $ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14l (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12 and 14l, not charged against book income this year (itemize): | |
| a | Depreciation  $ | | a | Depreciation  $ | |
| b | Travel and entertainment  $ | | | | |
| | | | 7 | Add lines 5 and 6 | |
| | | | 8 | Income (loss) (Schedule K, line 18). | |
| 4 | Add lines 1 through 3 | 48 | | Line 4 less line 7 | 48 |

**Schedule M-2   Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed** (see instructions)

| | | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|---|
| 1 | Balance at beginning of tax year | (96,252) | | |
| 2 | Ordinary income from page 1, line 21 | 1,196 | | |
| 3 | Other additions | | | |
| 4 | Loss from page 1, line 21 | ( ) | | |
| 5 | Other reductions  Statement #30 | ( 1,148 ) | ( ) | |
| 6 | Combine lines 1 through 5 | (96,204) | | |
| 7 | Distributions other than dividend distributions | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | (96,204) | | |

EEA

Form 1120S (2008)

| | Federal Supporting Statements | 2008 | PG01 |
|---|---|---|---|

Name(s) as shown on return: RIVER EDGE AUTO SERVICE INC.
FEIN: 34-1717445

## Form 1120S Line 19

Statement # 2

| Description | Amount |
|---|---:|
| Bank Charges | 3,763 |
| Discounts | 3,302 |
| Dues and Subscriptions | 158 |
| Equipment Rental/lease | 293 |
| Insurance | 4,440 |
| Legal and Professional | 2,565 |
| Miscellaneous | 4,240 |
| Supplies | 3,511 |
| Tools | 671 |
| Uniforms | 2,351 |
| Utilities | 18,071 |
| Credit Card Fees | 2,911 |
| Total | 46,276 |

## Schedule M-2 Line 5

PG01
Statement # 30

| Description | Amount |
|---|---:|
| Section 179 Expense | 1,148 |
| Total | 1,148 |

STATMENT.LD

# Schedule K-1 (Form 1120S) 2008

Department of the Treasury
Internal Revenue Service

For calendar year 2008, or tax
year beginning _____ , 2008
ending _____ , 20 ___

**Shareholder's Share of Income, Deductions, Credits, etc.**
► See page 2 of form and separate instructions.

☐ Final K-1  ☐ Amended K-1    OMB No. 1545-0130

671108

## Part I — Information About the Corporation

**A** Corporation's employer identification number
34-1717445

**B** Corporation's name, address, city, state, and ZIP code
RIVER EDGE AUTO SERVICE INC.
30220 EUCLID AVENUE
WICKLIFFE    OH 44092

**C** IRS Center where corporation filed return
CINCINNATI

## Part II — Information About the Shareholder

**D** Shareholder's identifying number
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

**E** Shareholder's name, address, city, state, and ZIP code
MARTY S ROBBINS
1753 ELDON DRIVE
WICKLIFFE    OH 44092

**F** Shareholder's percentage of stock ownership for tax year .......... 100.00000 %

## Part III — Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Item | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | 1,196 |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Interest income | |
| 5a | Ordinary dividends | |
| 5b | Qualified dividends | |
| 6 | Royalties | |
| 7 | Net short-term capital gain (loss) | |
| 8a | Net long-term capital gain (loss) | |
| 8b | Collectibles (28%) gain (loss) | |
| 8c | Unrecaptured section 1250 gain | |
| 9 | Net section 1231 gain (loss) | |
| 10 | Other income (loss) | |
| 11 | Section 179 deduction | 1,148 |
| 12 | Other deductions | |
| 13 | Credits | |
| 14 | Foreign transactions | |
| 15 | Alternative minimum tax (AMT) items — A | (1,989) |
| 16 | Items affecting shareholder basis | |
| 17 | Other information | |

\* See attached statement for additional information.

For Paperwork Reduction Act Notice, see Instructions for Form 1120S.
EEA

Schedule K-1 (Form 1120S) 2008

| Form **4562** | **Depreciation and Amortization** | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | (Including Information on Listed Property)<br>▶ See separate instructions.  ▶ Attach to your tax return. | **2008**<br>Attachment<br>Sequence No. **67** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| RIVER EDGE AUTO SERVICE INC. | FORM 1120S | 34-1717445 |

### Part I — Election To Expense Certain Property Under Section 179

Note: If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---:|
| 1 | Maximum amount. See the instructions for a higher limit for certain businesses | 1 | 250,000 |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | 1,148 |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | 800,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | 0 |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | 250,000 |

| (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| 6  SERV STAT EQUIP | 1,148 | 1,148 |

| | | | |
|---|---|---|---:|
| 7 | Listed property. Enter the amount from line 29 ........ 7 | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | 1,148 |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | 1,148 |
| 10 | Carryover of disallowed deduction from line 13 of your 2007 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | 11 | 10,696 |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | 1,148 |
| 13 | Carryover of disallowed deduction to 2009. Add lines 9 and 10, less line 12  ▶ 13 | | |

Note: Do not use Part II or Part III below for listed property. Instead, use Part V.

### Part II — Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | | |
|---|---|---|---:|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | 12,891 |

### Part III — MACRS Depreciation (Do not include listed property.) (See instructions.)

**Section A**

| | | | |
|---|---|---|---:|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2008 | 17 | 4,461 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

**Section B – Assets Placed in Service During 2008 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only-see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C – Assets Placed in Service During 2008 Tax Year Using the Alternative Depreciation System**

| 20a  Class life | | | | | S/L | |
|---|---|---|---|---|---|---|
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | | | 40 yrs. | MM | S/L | |

### Part IV — Summary (see instructions)

| | | | |
|---|---|---|---:|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | 22 | 17,352 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs ..... 23 | | |

For Paperwork Reduction Act Notice, see separate instructions.  EEA  Form **4562** (2008)

| Form **7004** | Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns | OMB No. 1545-0233 |
|---|---|---|
| (Rev. December 2008) Department of the Treasury Internal Revenue Service | ▶ File a separate application for each return. ▶ See separate instructions. | |

**Type or Print**

File by the due date for the return for which an extension is requested. See instructions.

| Name | Identifying number |
|---|---|
| RIVER EDGE AUTO SERVICE INC. | 34-1717445 |

Number, street, and room or suite no. (If P.O. box, see instructions.)

30220 EUCLID AVENUE

City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code)).

WICKLIFFE     OH    44092

**Note. See instructions before completing this form.**

**Part I  Automatic 5-Month Extension** Complete if Filing Form 1065, 1041, or 8804

**1a** Enter the form code for the return that this application is for (see below) . . . . . . . . . . . . . . . . . .

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 1065 | 09 | Form 1041 (estate) | 04 |
| Form 8804 | 31 | Form 1041 (trust) | 05 |

**Part II  Automatic 6-Month Extension** Complete if Filing Other Forms

**b** Enter the form code for the return that this application is for (see below) . . . . . . . . . . . . . . . . . . 2 5

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-PC | 21 |
| Form 706-GS(T) | 02 | Form 1120-POL | 22 |
| Form 1041-N | 06 | Form 1120-REIT | 23 |
| Form 1041-QFT | 07 | Form 1120-RIC | 24 |
| Form 1042 | 08 | Form 1120-S | 25 |
| Form 1065-B | 10 | Form 1120-SF | 26 |
| Form 1066 | 11 | Form 3520-A | 27 |
| Form 1120 | 12 | Form 8612 | 28 |
| Form 1120-C | 34 | Form 8613 | 29 |
| Form 1120-F | 15 | Form 8725 | 30 |
| Form 1120-FSC | 16 | Form 8831 | 32 |
| Form 1120-H | 17 | Form 8876 | 33 |
| Form 1120-L | 18 | Form 8924 | 35 |
| Form 1120-ND | 19 | Form 8928 | 36 |
| Form 1120-ND (section 4951 taxes) | 20 | | |

**2** If the organization is a foreign corporation that does not have an office or place of business in the United States, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**3** If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

If checked, attach a schedule, listing the name, address, and Employer Identification Number (EIN) for each member covered by this application.

**Part III  All Filers Must Complete This Part**

**4** If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5 check here . . . . . . . . . . ▶ ☐

**5a** The application is for calendar year 20 08, or tax year beginning _____, 20 ____ and ending _____, 20 ____

**b** Short tax year. If this tax year is less than 12 months, check the reason:
  ☐ Initial return   ☐ Final return   ☐ Change in accounting period   ☐ Consolidated return to be filed

| 6 | Tentative total tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | 0 |
|---|---|---|---|
| 7 | Total payments and credits (see instructions) . . . . . . . . . . . . . . . . . . | 7 | 0 |
| 8 | Balance due. Subtract line 7 from line 6. Generally, you must deposit this amount using the Electronic Federal Tax Payment System (EFTPS), a Federal Tax Deposit (FTD) Coupon, or Electronic Funds Withdrawal (EFW) (see instructions for exceptions) . . . . . . . . . . . . . . | 8 | 0 |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.     EEA     Form **7004** (Rev. 12-2008)

| PAYER'S name, street address, city, state, and ZIP code | | 1 Rents | OMB No. 1545-0115 | **Miscellaneous Income** |
|---|---|---|---|---|
| WRG Services Inc.<br>38585 Apollo Parkway<br>Willoughby, OH 44094<br>440-942-8650 | | 2 Royalties | 2008<br>1099-MISC | |
| | | 3 Other Income<br>$ 3214.50 | 4 Fed income tax withheld | Copy B<br>For Recipient |
| PAYER'S Federal Tax ID<br>34-1624118 | RECIPIENT'S Identification No.<br>34-1717445 | 5 Fishing boat proceeds | 6 Med & health care pmts | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| RECIPIENT'S Name and Address<br><br>Wickliffe Sunoco<br>30220 Euclid Ave.<br>Wickliffe, OH 44092 | | 7 Nonemployee Compensation | 8 Pmts in lieu of Div or Int | |
| | | 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale | 10 Crop Insurance proceeds | |
| | | 13 Excess Golden Par Pmts | 14 Gross paid to an attorney | |
| Account Number<br>LK326699 | 15a Sec 409A deferrals | 15b Sec 409A income | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |

Form **1099-MISC** (Keep for your records.) Department of the Treasury - Internal Revenue Service

| PAYER'S name, street address, city, state, and ZIP code | | 1 Rents | OMB No. 1545-0115 | **Miscellaneous Income** |
|---|---|---|---|---|
| WRG Services Inc.<br>38585 Apollo Parkway<br>Willoughby, OH 44094<br>440-942-8650 | | 2 Royalties | 2008<br>1099-MISC | |
| | | 3 Other Income<br>$ 3214.50 | 4 Fed income tax withheld | Copy 2<br>To be filed with recipient's state income tax return, when required. |
| PAYER'S Federal Tax ID<br>34-1624118 | RECIPIENT'S Identification No.<br>34-1717445 | 5 Fishing boat proceeds | 6 Med & health care pmts | |
| RECIPIENT'S Name and Address<br><br>Wickliffe Sunoco<br>30220 Euclid Ave.<br>Wickliffe, OH 44092 | | 7 Nonemployee Compensation | 8 Pmts in lieu of Div or Int | |
| | | 9 Payer made direct sales of $5000 or more of consumer products to a buyer (recipient) for resale | 10 Crop Insurance proceeds | |
| | | 13 Excess Golden Par Pmts | 14 Gross paid to an attorney | |
| Account Number<br>LK326699 | 15a Sec 409A deferrals | 15b Sec 409A income | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |

Form **1099-MISC** Department of the Treasury - Internal Revenue Service

WRG Services Inc.
38585 Apollo Parkway
Willoughby, OH 44094

Important Tax Return Document Enclosed

### Instructions for Recipients

Account number  May show an account or other unique number the payer assigned to distinguish your account. Amounts shown may be subject to self-employment (SE) tax. If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334, Tax Guide for Small Business, for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES, Estimated Tax for Individuals. Individuals must report as explained for box 7 below. Corporations, fiduciaries, or partnerships report the amounts on the proper line of your return. For 2008:

Box 3. Generally, report this amount on the "Other income" line of Form 1040 and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, payments from a former employer because you are serving in the Armed Forces or the National Guard, or other taxable income. See Pub. 525, Taxable and Nontaxable Income. If it is trade or business income, report this amount on Schedule C, C-EZ, or F (Form 1040).

R1388 Format(c)www.1099Express.com

Wickliffe Sunoco
30220 Euclid Ave.
Wickliffe, OH 44092